**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02275-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

OSCAR JAMES MITCHELL,

     Applicant,

v.

[NO NAMED RESPONDENT],

     Respondent.

---

**ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES**

---

     Applicant Oscar James Mitchell is in the custody of the Federal Bureau of Prisons and currently is incarcerated at the United States Penitentiary in Florence, Colorado. Applicant originally initiated this action by filing *pro se* a letter in which he indicates he is attempting to file an action pursuant to 28 U.S.C. § 2241 regarding his placement in community corrections.

     As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted document is deficient as described in this Order. Applicant will be directed to cure the following if he wishes to pursue his claims.   Any papers that Applicant files in response to this Order must include the civil action number on this Order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)     <u> X </u>    is not submitted
(2)     <u>   </u>    is not on proper form (must use the Court's current form)
(3)     <u>   </u>    is missing original signature by Applicant
(4)     <u>   </u>    is missing affidavit
(5)     <u>   </u>    affidavit is incomplete

(6) ____ affidavit is not properly notarized
(7) ____ names in caption do not match names in caption of complaint, petition or application
(8) _X_ other:   In the alternative, Applicant may pay the $5 filing fee.

**Complaint or Petition**:
(9) ____ is not submitted
(10) _X_ is not on proper form (must use the Court's current form)
(11) ____ is missing an original signature by the Applicant
(12) ____ is incomplete
(13) ____ uses et al. instead of listing all parties in caption
(14) ____ names in caption do not match names in text of Complaint
(15) ____ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16) ____ other:.

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty days from the date of this Order**.   Any papers that Applicant files in response to this Order must include the civil action number on this Order.   It is

FURTHER ORDERED that Applicant shall obtain the Court-approved forms used in filing a 28 U.S.C. § 2241 action and a 28 U.S.C. § 1915 motion and affidavit used when requesting leave to proceed *in forma pauperis* in a habeas action, (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.   The forms must be used to cure the above noted deficiencies.   It is

FURTHER ORDERED that if Applicant fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED October 14, 2015, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge


(6) ____ affidavit is not properly notarized
(7) ____ names in caption do not match names in caption of complaint, petition or application
(8) _X_ other:   In the alternative, Applicant may pay the $5 filing fee.

**Complaint or Petition**:
(9) ____ is not submitted
(10) _X_ is not on proper form (must use the Court's current form)
(11) ____ is missing an original signature by the Applicant
(12) ____ is incomplete
(13) ____ uses et al. instead of listing all parties in caption
(14) ____ names in caption do not match names in text of Complaint
(15) ____ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16) ____ other:.

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty days from the date of this Order**.   Any papers that Applicant files in response to this Order must include the civil action number on this Order.   It is

FURTHER ORDERED that Applicant shall obtain the Court-approved forms used in filing a 28 U.S.C. § 2241 action and a 28 U.S.C. § 1915 motion and affidavit used when requesting leave to proceed *in forma pauperis* in a habeas action, (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.   The forms must be used to cure the above noted deficiencies.   It is

FURTHER ORDERED that if Applicant fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED October 14, 2015, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge